# United States District Court

For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Case Number: A: 17- m-135 |
| Felipe De La Cruz-De Leon | § | |
| Aka: Felipe De Leon-De La Cruz, Felipe | § | |
| Delfon | § | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 9, 2017**, in the county of **Travis**, in the Western District of Texas, the defendant, **Felipe De La Cruz-De Leon,** violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 9, 2017**, the defendant, an alien, was found in Travis County, Austin, Texas, within the Western District of Texas. A deportation officer arrested the alien and lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **July 12, 2016,** and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

| February 9, 2017 | at | Austin, Texas |
|---|---|---|
| Date | | City and State |

Mark Lane
United States Magistrate Judge

| | |
|---|---|
| Name & Title of Judicial Officer | Signature of Judicial Officer |